UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

CAFE AGAVE, INC.,                            )
                                             )
        Plaintiff(s),                        )
                                             )
    v.                                       )        Case No. 1:23-CV-00032-SNLJ
                                             )
CROWN VALLEY WINERY, INC., et al.,           )
                                             )
        Defendant(s).                        )
                                             )

**ALTERNATIVE DISPUTE RESOLUTION COMPLIANCE REPORT**

Complete one option and file this report with the Clerk's Office

**Option 1**

☐ The neutral elects to extend the deadline for completing ADR for 14 days and will continue efforts to assist the parties in reaching a settlement. Revised completion deadline: _____. *Such an election by the neutral is permitted once during the span of a mediation in a single case.* **If the parties require more time to complete mediation, lead counsel must file a motion with the Court.**

**Option 2**

☒ An ADR conference was held on: __July 28, 2026_____.

All required individuals, parties, counsel of record, corporate representatives, and/or claims professionals attended and participated in the ADR conference(s) in good faith, and each possessed the requisite settlement authority;

The following individuals, parties, counsel of record, corporate representatives, and/or claims professionals failed to appear and/or participate in good faith as ordered: ___None_____.

The ADR referral was concluded on __July 28, 2026_____.
The parties [☒ did ☐ did not] achieve a settlement. Check one

**Option 3**

☐ Although this case was referred to ADR, a conference WAS NOT HELD.

Date: __July 29, 2026_____    Neutral: _~~Steven Schwartz~~_____

                                          SCHWARTZ, STEVEN H.
                                          Signature