**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

|  |  |
|---|---|
| CAFE AGAVE, INC., | ) ) ) |
| Plaintiff, | ) ) Case No. 1:23-cv-00032 |
| v. | ) ) |
| CROWN VALLEY WINERY, INC.; and DOES 1-10, | ) ) ) |
| Defendants. | ) ) |

## NOTICE OF SETTLEMENT

Plaintiff Café Agave, Inc., by and through its undersigned counsel, hereby notifies the Court that the parties reached a settlement in the above-captioned matter at their July 27, 2026, ADR conference. The parties are currently working to finalize the details of their settlement agreement. The parties intend to file a Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1(A)(ii) on or before October 8, 2026.

Respectfully Submitted,

By: /s/ Jennifer Boston
Daniel E. Tranen, #48585
Jennifer Boston, #72719
**WILSON ELSER MOSKOWITZ**
**EDELMAN & DICKER LLP**
7777 Bonhomme Ave., Suite 1900
St. Louis, MO  63105
(314) 930-2860
(314) 930-2861
Daniel.Tranen@wilsonelser.com
Jennifer.Boston@wilsonelser.com
*Attorneys for Plaintiff*

342261286v.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 10 August, 2026, I served a true and accurate copy of the foregoing document upon counsel of record via electronic mail.


*/s/ Jennifer Boston*

342261286v.1